EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Julio Díaz Rosado | 2017 TSPR 153<br><br>198 DPR _____ |

Número del Caso: TS-15,898

Fecha:    10 de agosto de 2017

Abogado de la parte peticionaria:

        Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*


Julio Díaz Rosado                    TS-15,898



RESOLUCIÓN


En San Juan, Puerto Rico, a 10 de agosto de 2017.

Examinada la *Moción en cumplimiento de Resolución de 31 de julio de 2017 y de Sentencia de 13 de junio de 2017* presentada por el Sr. Julio Díaz Rosado y la *Moción informativa en cumplimiento de Resolución* presentada por el Programa de Educación Jurídica Continua, se autoriza la reinstalación del señor Díaz Rosado al ejercicio de la abogacía y la notaría.

Además, se ordena al Director de la Oficina de Inspección de Notarías devolver la obra y el sello notarial del señor Díaz Rosado.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo